UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO: H-03-2910 |
| GLOBALSANTAFE CORPORATION; GLOBAL MARINE, INC.; GLOBAL SANTA FE DRILLING COMPANY; GLOBAL MARINE DRILLING COMPANY | § § § § § | |
| Defendants. | § § | |

**JOINT NOTICE OF WITHDRAWAL OF ALL
PENDING MOTIONS AND BILLS**

The parties have settled this case. The parties withdraw all pending motions for judgment as a matter of law, new trial, and bill of costs in order for the court to close this case. Specifically, the parties withdraw the following motions and items pending before the court:

1. Transocean Bill of Costs [Doc. No. 258];

2. GlobalSantaFe's 50(b) Motion for Judgment as a Matter of Law and for New Trial on Conception Date [Doc. No. 259];

3. GlobalSantaFe's Post-Judgment Motion for Judgment as a Matter of Law on Transocean's Damages Claim and Alternative Motion for New Trial [Doc. No. 260];

4. Defendants' Motion for Amended Findings Regarding Inequitable Conduct Pursuant to Fed. R. Civ. P. 52(b) and Motion for New Trial [Doc. No. 261];

5. GlobalSantaFe's Post-Judgment Motion for Judgment as a Matter of Law and for New Trial on Invalidity [Doc. No. 262]; and

25748256.1

6. GlobalSantaFe's Objection to Transocean's Bill of Costs [Doc. No. 264].

The parties do not seek to vacate or disturb the amended final judgment [Doc. No. 266] in this case.

>  Respectfully submitted,
>
>  /s/Charles B. Walker, Jr.
>  Charles B. Walker, Jr.
>  Attorney-in-Charge
>  Fed. ID No. 19307
>  1301 McKinney, Suite 5100
>  Houston, Texas 77010-3095
>  Telephone:  (713) 651-5258
>  Facsimile:  (713) 651-5246
>
>  ATTORNEY-IN-CHARGE FOR
>  PLAINTIFF
>
>  /s/William C. Slusser
>  William C. Slusser
>  Fed. ID No. 1068
>  Slusser, Wilson & Partridge LLP
>  333 Clay Street, Suite 4890
>  Houston, Texas 77002
>  Telephone: (713) 860-3300
>  Facsimile: (713) 860-3333
>
>  ATTORNEY-IN-CHARGE FOR
>  DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Joint Notice of Withdrawal of all Pending Motions and Bills has been served on February 22, 2007.

>William C. Slusser
>Slusser, Wilson & Partridge LLP
>333 Clay Street, Suite 4890
>Houston, Texas 77002
>Telephone: (713) 860-3300
>Facsimile: (713) 860-3333
>*Via Electronic Notification*

>/s/Charles B. Walker, Jr.
>Charles B. Walker, Jr.